Submitted on brief October 20, reversed and remanded November 1, 1976

In the Matter of Owen Benton, alleged to be a
Mentally Ill Person
STATE OF OREGON, *Respondent,*
*v.*
OWEN BENTON, *Appellant.*
(No. 13,255, CA 6219)
555 P2d 468

John W. Jensen, Salem, attorney for the appellant.

W. Michael Gillette, Solicitor General, Salem, attorney for the respondent.

Before Schwab, Chief Judge, and Tanzer and Richardson, Judges.

PER CURIAM.

Reversed and remanded. *State v. Alexander,* 26 Or App 943, 554 P2d 524 (1976).